# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA INABNIT,<br><br>              Plaintiff,<br><br>     v.<br><br>LOWES HIW, INC.,<br><br>              Defendant. | Case No.  1:12-cv-02093-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STIPULATION TO REMAND<br><br>(ECF No. 12) |

   Plaintiff filed this action in Tulare County Superior Court on November 16, 2012.  On December 28, 2012, Defendant removed this action to the Eastern District of California.  On October 8, 2013, Plaintiff filed a motion to remand this action to Tulare County Superior Court based upon Plaintiff's stipulation that she will not seek damages in this action in excess of $75,000.00.

   As it appeared to the Court that the parties were attempting to stipulate to remanding this action to state court but were procedurally incorrect in the attempt, a telephonic conference was held on November 7, 2013.  During the hearing, the parties indicated that they were attempting to stipulate to remand and would submit a new stipulation stating such.  As of this date, the parties have failed to file a stipulation to remand.

///

Accordingly, IT IS HEREBY ORDERED that the parties shall file their stipulation to remand to Tulare County Superior Court on or before November 25, 2013. Failure to file a stipulation in compliance with this order will result in a ruling on the motion to remand.

IT IS SO ORDERED.

Dated:   **November 21, 2013**

UNITED STATES MAGISTRATE JUDGE