# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA INABNIT,<br><br>            Plaintiff,<br><br>     v.<br><br>LOWES HIW, INC.,<br><br>            Defendant. | Case No.  1:12-cv-02093-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STIPULATION TO REMAND BY DECEMBER 6, 2013<br><br>(ECF Nos. 13, 14) |

Based upon the parties response to the Court's order of November 21, 2013, to file a stipulation to remand, the parties' stipulation to remand shall be filed on or before December 6, 2013.

IT IS SO ORDERED.

Dated:   **November 27, 2013**

UNITED STATES MAGISTRATE JUDGE