# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA INABNIT, | Case No. 1:12-cv-02093-LJO-SAB |
| Plaintiff, | |
| v. | ORDER ON PLAINTIFF'S STIPULATION CAPPING DAMAGES AT $75,000 AND REMANDING ACTION TO TULARE COUNTY SUPERIOR COURT |
| LOWES HIW, INC., | |
| Defendant. | (ECF No. 16) |

Plaintiff filed this action in Tulare County Superior Court on November 16, 2012. On December 28, 2012, Defendants removed this action to the Eastern District of California. On December 5, 2013, the parties filed a stipulation that Plaintiff was agreeing to cap damages in this action at $75,000.00 and to remand this action to Tulare County Superior Court.

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that:

1. This action shall immediately be remanded to the Tulare County Superior Court, case number 249602;
2. All pending deadlines and hearings in this case shall be taken off the Court's calendar;
3. All pending motions are terminated; and

///

///

4. The Clerk of the Court shall send a certified copy of this order to the Clerk of the Court for the Tulare County Superior Court and take all steps to remand this action to the Tulare County Superior Court and to close this action.

IT IS SO ORDERED.

Dated:   **December 6, 2013**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE